UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| DAVID DURAN, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. M-12-116 |
| EDDIE GUERRA, INDIVIDUALLY | § | |
| AND AS AN ELECTED OFFICIAL | § | |
| OF HIDALGO COUNTY, TEXAS, | § | |
| PRECINCT FOUR | § | |
|     Defendant. | § | |

## ADR MEMORANDUM TO CLERK OF COURT

**ADR METHOD:** Mediation.

**TYPE OF CASE:** Civil action against elected official.

1. This civil action was mediated by me on June 17, 2013. After considerable communication, the parties agreed to settle this case and signed a mediated settlement agreement.

2. My total fees and expenses were $1,000.00.

3. Names, addresses and telephone numbers of all parties and counsel of record:

   (a) Plaintiff, **David Duran**, appeared in person and by his Counsel, Fabian Guerrero.

       Counsel:    Fabian Guerrero
                       Texas State Bar No. 00795397
                       LAW OFFICE OF FABIAN GUERRERO
                       909 South 10th Ave.
                       Edinburg, Texas 78539-4472
                       Phone: 956-318-1161
                       Fax: 956-318-1162

(b) Defendant, **Eddie Guerra, Individually and as an Elected Official of Hidalgo County, Texas, Precinct Four**, appeared in person and his Counsel, Ricardo Palacios.

Counsel:  Ricardo Palacios
Texas State Bar No. 24010990
PALACIOS & ASSOCIATES, P.C.
2724 West Canton Rd.
Edinburg, Texas 78539-6632
Phone: 956-318-0507
Fax: 956-289-8700

**Date:** June 18, 2013

*/s/ Fred Hinojosa*

Federico "Fred" Hinojosa
Attorney - Mediator
Texas State Bar No. 09701200
710 Laurel Avenue
McAllen, Texas 78501-2428
Phone: 956-687-8203
Fax: 956-630-6570

# Federico "Fred" Hinojosa

## Attorney at Law
### TMCA Credentialed Distinguished Mediator

710 Laurel Avenue  
McAllen, Texas 78501-2428

E-mail: judgehinojosa@gmail.com

Telephone: 956-687-8203  
Telecopier: 956-630-6570

June 18, 2013

ADR Administrator  
Clerk of the Court  
United States District Court  
Southern District of Texas  
P. O. Box 61010  
Houston, Texas 77208-1010

      Re:  (1)  ADR Memorandum to Clerk of Court;  
            (2)  Civil Action No. M-12-116; David Duran vs. Eddie Guerra, Individually and as an Elected Official of Hidalgo County, Texas, Precinct Four; In the United States District Court for the Southern District of Texas, McAllen Division.

Dear ADR Administrator:

    A mediation in the above-referenced case was held by me on June 17, 2013. Enclosed you will find the ADR Memorandum required by Local Rule 16.4.K.

    Pursuant to the rule, I am mailing a copy of the memorandum to Judge Randy Crane. Please call me if you have any questions regarding this matter.

                                 Very truly yours,

                                 Federico "Fred" Hinojosa

Enclosure

cc:  Mr. Fabian Guerrero  
       Mr. Ricardo Palacios

Retired Justice-Texas Court of Appeals, 13th District