UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID DURAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:12-CV-116 |
| | § | |
| EDDIE GUERRA, | § | |
| | § | |
| Defendant. | § | |

## AGREED JUDGMENT

On this day, came on David Duran, Plaintiff, and Eddie Guerra, Individually and as an Elected Official of the County of Hidalgo County Precinct Four of Hidalgo County, Texas, Defendant, by and through their respective attorneys of record, and announced to the Court that all matters in controversy between them had been compromised, settled and agreed upon, and hereby request that the Court enter a Take Nothing Judgment as to, Eddie Guerra, Individually and as an Elected Official of the County of Hidalgo County Precinct Four of Hidalgo County, Texas, Defendant, in this entitled and numbered cause, and the Court finding that same shoud e granted; it is therefore,

ORDERED that the above-entitled and numbered cause be dismissed with prejudice, that Plaintiff take nothing by his claims against Defendant, Eddie Guerra, individually and as an Elected Official of the County of Hidalgo County Precinct Four of Hidalgo County, Texas, and with taxable costs of Court hereby taxed against the party incurring same.

All other relief not expressly granted in this Judgment is hereby denied.

SO ORDERED this 2nd day of August, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge


APPROVED AS TO FORM:

PALACIOS & ASSOCIATES, P.C.


By: \S\Ricardo Palacios
    Ricardo Palacios
    FBN: 38067

By: \S\Lucia Thompson
    Lucia Thompson
    FBN: 31612

2724 West Canton
Edinburg, Texas 78539
(956) 318-0507
FAX: (956) 289-8700

ATTORNEYS FOR DEFENDANT,
Eddie Guerra, Individually and as an
Elected Official of the County of Hidalgo
Precinct Four of Hidalgo County, Texas

LAW OFFICE OF FABIAN GUERRERO

By: _____
    Fabian Guerrero
    FBN: 19988

604 East 6th Street
Weslaco, Texas 78596
(956) 969-9999
Fax (956) 969-9997

ATTORNEYS FOR PLAINTIFF,
David Duran